UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEON ELI ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15CV530 HEA |
| ) | |
| DEPARTMENT OF THE AIR FORCE, ) | |
| ) | |
| Defendant. ) | |

## OPINION, MEMORANDUM AND ORDER

Plaintiff, a prisoner, seeks leave to proceed in forma pauperis. Having reviewed plaintiff's financial information, the Court assesses a partial initial filing fee of $23, which is twenty percent of his average monthly deposit. See 28 U.S.C. § 1915(b).

Plaintiff complains that he has been disbarred from contracting with the United States Air Force because he was convicted of mail fraud. Plaintiff seeks to appeal the decision in this Court.

The complaint does not state any basis for this Court's jurisdiction. Additionally, the Court is unaware of any statute that provides judicial review of disbarment decisions by the United States Military. Therefore, the Court will require plaintiff to show cause why this action should not be dismissed without further proceedings. Fed. R. Civ. P. 12(h)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [ECF No. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff shall pay an initial filing fee of $23 within thirty (30) days of the date of this Order. Plaintiff is instructed to make his remittance

payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that plaintiff shall show cause, no later than **April 20, 2015**, why this action should not be dismissed for lack of jurisdiction.

Dated this 26th day of March, 2015.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE